AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

Lucas Gerdes,

        *Plaintiff,*

v.                               Case No. 0:24−cv−03327−NEB−DTS

Capital One, N.A.,

        *Defendant.*

**SUMMONS IN A CIVIL ACTION**

To:  Capital One, N.A.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Carter B Lyons
        367 Commerce Court
        Vadnais Heights, MN
        55127

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

                                                                          By: *M. Fogarty*

                                                                          Kate M. Fogarty, Clerk of Court

Date of Issuance:  August 20, 2024

Lucas Gerdes, et. al., Plaintiff(s)
vs.
Capital One, N.A., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 167839-0001

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Capital One, N.A.
Court Case No. 0:24-cv-03327-NEB-DTS

**CONSUMER JUSTICE CENTER**
Ms. Andrea Weber
367 Commerce Court
Vadnais Heights, MN 55127

State of: __DC__ ) ss.
County of: __Washington__ )

**Name of Server:** __Abel Emiru__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22__ day of __August__, 20__24__, at __3:12__ o'clock __P__ M

**Place of Service:** at __1680 Capital One Drive__, in __McLean, VA 22102__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint with Jury Trial Demanded**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Capital One, N.A.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Akeem Jones, Designated Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__; Skin Color __Black__; Hair Color __Bald__; Facial Hair ____
Approx. Age __45__; Approx. Height __6'0"__; Approx. Weight __170__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/_
Signature of Server

Subscribed and sworn to before me this __26th__ day of __August__, 20__24__
_Angela H. Croson_
Notary Public      (Commission Expires)

Angela H. Croson
Notary Public, District of Columbia
My Commission Expires 03/31/2029

**APS International, Ltd.**



1680 Capital One Drive
McLean VA 22102

January 2, 2024

To Whom It May Concern:

The following people are authorized by me to accept services of lawsuits, subpoenas and other legal documents and pleadings on behalf of Capital One Financial Corporation and all of its subsidiaries to the same extent that I would be able to accept such services:

<u>Corporate Headquarters (McLean VA)</u>

- Jessica Stearns
- Laykoeu Kim
- Akeem Jones
- Azeb Zeleke
- David Fernandez
- Antonio Di Paolo
- Juan "Edgar" Zamora
- Rickey Chandler
- Stephon Townsend

<u>West Creek (Richmond VA)</u>

- Derek DeRusha
- Richard Colley
- De'Andra Jones
- Marcus Witcher
- Kayvon Blount
- Marion Simmons
- Towanna Barbour
- Bic Jordan

Pursuant to 28 U.S.C. section 1746 and Virginia Code section 8.01-4.3, I certify under penalty of perjury under the laws of the United States of America and the Commonwealth of Virginia, that the foregoing is true and correct.

Thanks for your cooperation.

Sincerely,

Matthew Cooper
General Counsel